IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: )  CASE NO.   09-50600
)
ZUNIGA, EDGAR & MARY ELLA )  CHAPTER 7
)
)  JUDGE: MARILYN SHEA-STONUM
)
Debtor(s).  )  <u>NOTICE OF INTENT TO SELL</u>
)  <u>DEBTORS' LOTS (2)</u>

  Now comes Richard A. Wilson, Trustee in Bankruptcy in the above-captioned proceeding, and states that it is his intent to sell the Debtors' lots (2) located on Maryville Rd., Akron, Ohio (PPN#68-49313) and on Shadeland Avenue, Northfield, Ohio (PP#4000700), at public or private sale, to the highest bidder, free and clear of all liens and encumbrances.  Any claim or interest in said lots shall be transferred to the funds realized from the sale.

        Submitted by

        /s/ Richard A. Wilson_____
        RICHARD A. WILSON #0018140
        Trustee in Bankruptcy
        1221 S. Water St.
        PO Box 3307
        Kent, Ohio 44240
        Phone: (330) 678-2850
        Fax: (330) 678-2058
        E-Mail: richard.wilson@psinet.com

<u>PROOF OF SERVICE</u>
  I hereby certify that on this 24th day of August, 2009, a copy of the foregoing Notice of Intent to Sell was :

**<u>Served electronically via ECF:</u>**    **<u>Served via Regular U.S. Mail:</u>**
United State Trustee       Edgar & Mary Ella Zuniga, Debtors
Robert M. Whittington Jr., Attorney for Debtors  1724 Tonawanda
               Akron, OH 44305

              And to all creditors on mailing matrix

              /s/ Richard A. Wilson_____
              RICHARD A. WILSON
              Trustee in Bankruptcy
IN THE UNITED STATE BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 09-50600 |
| ZUNIGA, EDGAR & MARY ELLA | JUDGE: MARILYN SHEA-STONUM |
| Debtor(s). | <u>NOTICE OF INTENT TO SELL LOTS</u> |

Richard A. Wilson, Chapter 7 Trustee in Bankruptcy, has filed papers with the Court to sell Debtors' interest in lots.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the Trustee's request, or if you want the Court to consider your views on the (motion) and/or (objection), then on or before _ September 14, 2009 _, you or your attorney must:

File with the Court a written request for a hearing and a written response explaining your position at:

> Clerk of Courts
> U.S. Bankruptcy Court
> Federal Building
> 2 S. Main St.
> Akron, Ohio 44308

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

> Richard A. Wilson
> Trustee in Bankruptcy
> 1221 S. Water Street
> PO Box 3307
> Kent, Ohio 44240

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.

| | |
|---|---|
| __ August 24, 2009 __ | __ /s/ Richard A. Wilson __ |
| Date | RICHARD A. WILSON |
| | Trustee in Bankruptcy |
| | 1221 S. Water Street |
| | PO Box 3307 |
| | Kent, Ohio 44240 |